**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Crisoforo DonJuan German,<br>Petitioner,<br>v.<br>Todd M Lyons, et al.,<br>Respondents. | No. CV-26-02823-PHX-DWL<br>**ORDER** |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 15). The R&R, which was issued on August 5, 2026, recommends that the Petition be dismissed without prejudice as to all Respondents for failure to comply with Rule 4(i) and Rule 4(m) of the Federal Rules of Civil Procedure and further provides that "[t]he parties shall have 14 days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (Doc. 15 at 5.)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are

filed.”). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (“[T]he district judge must review the magistrate judge’s findings and recommendations de novo *if objection is made*, but not otherwise.”).

Accordingly,

**IT IS ORDERED** that the R&R’s recommended disposition (Doc. 15) is **accepted**, that the Petition (Doc. 1) is **dismissed without prejudice**, and that the Clerk of Court shall enter judgment accordingly.

Dated this 25th day of August, 2026.

Dominic W. Lanza
United States District Judge